AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Asker B. Asker, Bassam Askar, Kousay Askar, Shera Asshaq, Alexandra Askar, Awham Askar, James E. Gillette, Jr., Thomas Horvatis and Richard Wiggins,<br><br>*Plaintiff(s)*<br>v.<br><br>Seminole Tribe of Florida, Inc., American Express Company, and The Seminole Tribe of Florida Trial Court, Hon. Moses B. Osceola, Tribunal Chief Judge,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  0:17-cv-60468-BB<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Seminole Tribe of Florida, Inc.
6300 Stirling Road, Suite 325
Hollywood, Florida 33024

A lawsuit has been filed against you.  A Motion for Preliminary Injunction is being served along with the Complaint.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Donald G. Peterson, Esq.
Parrish, White & Yarnell, P.A.
3431 Pine Ridge Road, Suite 101
Naples, Florida 34109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __03/06/2017__



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Asker B. Asker, Bassam Askar, Kousay Askar, Shera Asshaq, Alexandra Askar, Awham Askar, James E. Gillette, Jr., Thomas Horvatis and Richard Wiggins, <br><br> *Plaintiff(s)* <br> v. <br> Seminole Tribe of Florida, Inc., American Express Company, and The Seminole Tribe of Florida Trial Court, Hon. Moses B. Osceola, Tribunal Chief Judge, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  0:17-cv-60468-BB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  American Express Company
c/o Registered Agent
CT Corporation System
1200 South Pine Island Road
Plantation, Florida 33324

A lawsuit has been filed against you.   A Motion for Preliminary Injunction is being served along with the Complaint.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Donald G. Peterson, Esq.
Parrish, White & Yarnell, P.A.
3431 Pine Ridge Road, Suite 101
Naples, Florida 34109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  03/06/2017



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Asker B. Asker, Bassam Askar, Kousay Askar, Shera Asshaq, Alexandra Askar, Awham Askar, James E. Gillette, Jr., Thomas Horvatis and Richard Wiggins,<br><br>*Plaintiff(s)*<br>v.<br>Seminole Tribe of Florida, Inc., American Express Company, and The Seminole Tribe of Florida Trial Court, Hon. Moses B. Osceola, Tribunal Chief Judge,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 0:17-cv-60468-BB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Seminole Tribe of Florida Trial Court,
Hon. Moses B. Osceola, Tribunal Chief Judge
6300 Stirling Road, Suite 320
Hollywood, Florida 33024

A lawsuit has been filed against you.  A Motion for Preliminary Injunction is being served along with the Complaint.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Donald G. Peterson, Esq.
Parrish, White & Yarnell, P.A.
3431 Pine Ridge Road, Suite 101
Naples, Florida 34109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  03/06/2017



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts