# **RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 0:17-CV-60468-BB

Plaintiff:
**Asker B. Asker, Bassam Askar, Kousay Askar, Shera Asshaq, Alexander Askar, Awham Askar, James Gilette, Jr., Thomas Horvatis and Richard Wiggins**

vs.

Defendant:
**Seminole Tribe of Florida, Inc., American Express Company, and The Seminole Tribe of Florida Trial Court, Hon. Moses B. Osceola, Tribunal Chief Judge**

For:
Donald G. Peterson, Esquire

Received by Paralaw Services on the 13th day of March, 2017 at 2:19 pm to be served on **SEMINOLE TRIBE OF FLORIDA TRIAL COURT Hon. MOses B. Osceola, Tribunal Chief Judge, 6300 Stirling Road, Suite 320, Hollywood, FL 33024.**

I, James A Burns, do hereby affirm that on the **16th day of March, 2017 at 3:00 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons, Motion for Temporary Restraining Order, Preliminary Injunction and Supporting Memorandum of Law and Complaint for Injunctive and Declaratory Relief** with the date and hour of service endorsed thereon by me, to: **Silvia Obregon as Deputy Clerk** for **SEMINOLE TRIBE OF FLORIDA TRIAL COURT**, at the address of: **6300 Stirling Road, Suite 320, Hollywood, FL 33024**, and informed said person of the contents therein, in compliance with state statutes.

**Description of Person Served:** Age: 25+, Sex: F, Race/Skin Color: Native America, Height: 5'6", Weight: 125, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the jurisdiction which the process was served. Under penalty of perjury, I declare that I have read the foregoing Affidavit of Service and that the facts stated in it are true.
NOT REQUIRED PURSUANT TO F.S.92.525(2).                                                                                              NOTARY

James A Burns
1349

**Paralaw Services**
**P.O. Box 13434**
**Tampa, FL 33681-3434**
**(813) 846-5869**

Our Job Serial Number: JMS-2017000639
Ref: 639/1006

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

