UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-60468-BLOOM/Valle

ASKER B. ASKER, *et al.*,

    Plaintiffs,

v.

SEMINOLE TRIBE OF FLORIDA, INC., *et al.*,

    Defendants.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon Plaintiffs' Notice of Voluntary Dismissal, ECF No. [38] ("Notice"), filed on May 3, 2017.  The Court has carefully reviewed the Notice, the record in this case, and the applicable law, and is otherwise fully advised.  Accordingly, it is **ORDERED AND ADJUDGED** that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the above-styled action is **DISMISSED WITHOUT PREJUDICE**.  Any pending motions are **DENIED AS MOOT**, any scheduled hearings are **CANCELED**, and all deadlines are **TERMINATED**.  The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of May, 2017.

    _____
    **BETH BLOOM**
    **UNITED STATES DISTRICT JUDGE**

cc:    Counsel of Record